United States District Court
District of Massachusetts

| | |
|---|---|
| THE STATES OF CALIFORNIA AND ILLINOIS *EX REL.* CHRIS WIBLE,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WARNER CHILCOTT PLC, WARNER )<br>CHILCOTT CORPORATION, WARNER )<br>CHILCOTT (US) LLC, WARNER )<br>CHILCOTT FINANCE LLC, and WARNER )<br>CHILCOTT COMPANY LLC,  )<br>)<br>Defendants.  )<br>) | Civil Action No.<br>11-11143-NMG |

ORDER

**GORTON, J.**

The joint motion to stay proceedings until May 30, 2014 and to extend the time by which defendants must file a responsive pleading to the Third Amended Complaint to June 16, 2014 (Docket No. 68) is **ALLOWED**. The parties are to file a joint status report on or before May 30, 2014 if they are unable to reach a settlement. No further continuances will be allowed.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated May 1, 2014