UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:

Plaintiff

v.

Defendant

## ORDER OF DISMISSAL

GORTON, D.J.

      In accordance with the Notice of Dismissal filed by the plaintiff-relator on 7/3/2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

July 7, 2014

To: All Counsel